IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CHRISTOPHER SCOTT WIGHT,

       Petitioner,

       v.

STEVE BROWN,

       Respondent.

Civ. No. 1:15-cv-01469-TC

ORDER

MCSHANE, Judge:

       Magistrate Judge Thomas M. Coffin filed a Findings and Recommendation (#37), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Coffin's Findings and Recommendation (#37) is adopted. The petition (#1) is DENIED and this action is dismissed, with prejudice. Should petitioner appeal, a certificate of appealability should be denied as petitioner has not made a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED.

       DATED this 23rd day of November, 2016.

                              /s/ Michael J. McShane
                                Michael McShane
                            United States District Judge

1 –ORDER